IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LOGGED _____ RECEIVED

APR 13 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

UNITED STATES OF AMERICA

vs.

Zoilo Gaerlan

Case No. 16-0937BPG

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____ Sedira Banan, AFPD _____, and the Government was represented by Assistant United States Attorney _____ Matthew Maddox _____, it is

**ORDERED**, this __13th__ day of __April,__ __2016__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge